

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00273-CR

Mark Henry **BENAVIDES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7193
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 30, 2019.

_____
Beth Watkins, Justice